GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
ADAM D. ROSSI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email:julie.sottosanti@usdoj.gov
Email:adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Francisco Bell, -001,<br><br>Ismael Higuera-Avalos, -002,<br><br>Ezekqio Chavez, -003,<br><br>Defendants. | CR24-05616 TUC-RM(JR)<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. § 933(a)(3)<br>(Trafficking in Firearms)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 934(a)(1)(A);<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

## COUNT 1

On or about August 3 and 4, 2024, in the District of Arizona, Defendants FRANCISCO BELL, ISMAEL HIGUERA-AVALOS, and EZEKQIO CHAVEZ, did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit: sixteen (16) Century Arms, model VSKA, 7.62x39mm caliber rifles, and

one (1) Pioneer Arms, model HellPup, 5.56 caliber rifle, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

All in violation of Title 18, United States Code, Section 933(a)(3).

## FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendants, FRANCISCO BELL, ISMAEL HIGUERA-AVALOS, and EZEKQIO CHAVEZ, shall forfeit to the United States: (1) any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c); and (2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, pursuant to Title 18, United States Code, Section 934(a)(1)(A).

The property to be forfeited includes, but is not limited to: sixteen (16) Century Arms, model VSKA, 7.62x39mm caliber rifles, serial numbers SV7151898, SV7148245, SV7147825, SV7148641, SV7151790, SV7148316, SV7152101, SV7151569, SV7152169, SV7152048, SV7148492, SV7151292, SV7147886, SV7150199, SV7150572, and SV7151896; one (1) One (1) Pioneer Arms, model HellPup, 5.56 caliber rifle, serial number PAC24PL17852; two (2) Glock, model 19X, 9mm caliber pistols, serial numbers CDSH886 and CDDN647; one (1) Ruger, model 5.7, 5.7x28mm caliber pistol, serial number 664-08640; and, $12,192 in United States currency.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to,

1    all property, both real and personal, owned by the defendants.

2           All pursuant to Title 18, United States Code, Sections 924(d) and 934(a)(1)(A), Title

3    28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal

4    Procedure.

5
                                                    A TRUE BILL
6

7                                                   /S/
                                                    FOREPERSON OF THE GRAND JURY
8                                                   Date:  August 28, 2024

9
                                                    REDACTED FOR
10                                                  PUBLIC DISCLOSURE

11   GARY M. RESTAINO
     United States Attorney
12   District of Arizona

13
     /S/
14   JULIE A. SOTTOSANTI
     ADAM D. ROSSI
15   Assistant U.S. Attorneys

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Francisco Bell, et al.*
*Indictment Page 3 of 3*